I'm going to use a card that says, you have a creative interest in geometry. So if you're getting to a point where you're concerned, why don't we just go ahead and talk through a couple of those and see if you can encourage those. So I'm going to show you as quickly as possible your theory of quantum geometry. So the theory of quantum geometry. It's what I have pronounced the principles of quantum geometry because it's due not to dispersing water as a machine, but it's the other side of an invisible force. And because they don't disperse the water, they can interact with other objects in the wave circuit. And that is how the cluster of lights or how the cluster of lights or any other debris that's in the wave circuit or all ropes and different parts of the whole bag or blocks, pipes, skids, the edges of pillars, sand, those other interstitials in the wave circuit is a part of the cluster of lights. You can see the edges of the blocks there. They're... They're strong because they're flexible as well because the fluid presupposes the resources of gravity, the force of gravity, and the energy of gravity and the energy of gravity as well. And so it's not the energy that's flowing inwards. It's just a piece. Well, it has the risk of causing damage or causing problems in the water. So if there's a man who can't see for 30 years, he could be in the summer, he falls to the earth, to her homes on the system. How about that? If there are a collection of events, there's always an event. And besides, if she still purchases a product, she can use that product, use that label, flush the label, and she'll be able to put that product into the cup of time. So it's mostly down to the talent. Why are you saying that? You don't need to worry. You can also put it into the cup of time. I think that in each development, the damage, the risk of damage, and the disposal of these products explains why they are not suitable for disposal down the road. So, if a woman cannot see this person, it can cause all these damage inside of her face, disposal, in the environment. So it should not be blamed that it's possible. It should be. It's a risk. It's a risk. It's just a solution. The rigor is a risk. And over time, the stages can be broken. And people have not been able to accomplish that. They just can't. It doesn't change anything. It's a risk. It's a risk. And you trust that opportunity. You're not a variable. I'm a lot of people right now, I'm a risk. The benefit of any type of evaluation is how high the risk of damage is. It's not suitable for disposal. And it's not a good thing for the person. That's the definition of possibility. You see opposite opinions. And you're considering it. And you're watching. And you're sure that's the definition of possibility. Otherwise, otherwise, otherwise, otherwise, it's just a personal risk. It's not very public. Correct. And well, the, the three solutions, first, are helping these, first, they would be useful for discovering types of things. I mean, you could be having, you could have some knowledge. You could be able to collect it. It doesn't disperse. It is visualized. It makes you flush it out. Flush it into existence. That's all you need to do. I have a question. Um, what is the definition of, of flushing, of flushing knowledge? And, what is your definition of flushing knowledge? Is that open to a lot of subjective interpretation? I suppose it is. I mean, there, there are various definitions. I mean, there are different definitions of flushing knowledge. But, this is a, this is a big complaint, where you said, there's a lot of consumers who understand that flushing knowledge means suitable for disposal without employment. And, there's a lot of certainties, such as lawyers are disturbing and saying, what a reasonable consumer, it's not a reasonable consumer, to pursue things not, not, not suitable for disposal. But, It, It, It, It, It, It, It,     It, It, It, It, I have been
judges: Berzon, Murguia, McCalla